**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 4:20-CR-403-HEA** |
| | ) | |
| **LEDRA CRAIG,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MOTION TO WITHDRAW REQUEST FOR CONTINUANCE OF SENTENCING HEARING**

COMES NOW Defendant, Ledra Craig, by and through the undersigned counsel, and moves to withdraw his previously filed Motion to Continue Sentencing. Defense counsel has successfully rescheduled her previous conflict.

Respectfully submitted,

/s/Susan McGraugh
Susan McGraugh #37430 MO
Attorney for the Defendant
Saint Louis University Law Clinic
100 N. Tucker Blvd.
St. Louis, MO

**NOTICE OF SERVICE**

I hereby certify that on February 27, 2023, an electronic copy of the foregoing was sent to counsel of record via the PACER Filing System

/s/ Susan McGraugh